No. 87–6026. WILKINS v. MISSOURI. Sup. Ct. Mo. [Certiorari granted, 487 U. S. 1233.] Motion of West Virginia Council of Churches for leave to file a brief as *amicus curiae* granted.

No. 88–148. SOUTHERN NATURAL GAS CO. v. FRITZ ET AL. Sup. Ct. Miss. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–5088. IN RE HURT. C. A. 4th Cir. Petition for writ of common-law certiorari and/or mandamus denied.

No. 88–5197. IN RE AARON, AKA KURAN. Petition for writ of mandamus denied.

No. 87–329. THE FLORIDA STAR v. B. J. F. Appeal from Dist. Ct. App. Fla., 1st Dist. Probable jurisdiction noted.

No. 87–1428. LORANCE ET AL. v. AT&T TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. Certiorari granted.

No. 88–23. LAURO LINES S. R. L. v. CHASSER ET AL. C. A. 2d Cir. Certiorari granted.

No. 87–1661. ASARCO INC. ET AL. v. KADISH ET AL. Sup. Ct. Ariz. Motions of Alaska Miners Association et al. and Clinton Campbell Contractor, Inc., for leave to file briefs as *amici curiae* granted. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 87–5765. STANFORD v. KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–7023. HARDIN v. STRAUB. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.